IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANCES REITZ <br><br> Plaintiff, <br><br> v. <br><br> OFFICER MARTIN CREIGHTON,#5119, SERGEANT ROBERT LEE, OFFICER VINCENT CLARK and the CITY OF NAPERVILLE <br><br> Defendants. | Case No. 15-cv-01854 <br><br> Honorable Judge Samuel Der-Yeghiayan |

## MOTION TO REINSTATE

NOW COMES Plaintiff, by and through her attorney, Blake Horwitz, of The Blake Horwitz Law Firm, Ltd., and in support of this Motion to Reinstate, states as follows:

On September 13, 2017, the Honorable Judge Samuel Der-Yeghiayan terminated this case and stated that Plaintiff may reinstate the case upon presentation that he is able to do so (Exhibit A). Plaintiff is able to proceed forward with this litigation and asks that this Court reinstate this cause.

WHEREFORE, Plaintiff respectfully requests that this Court grant the instant motion to reinstate.

Respectfully,

*s/ Blake Horwitz*_____
Attorney for Plaintiff

Blake Horwitz, Esq.
**The Blake Horwitz Law Firm, Ltd.**
111 W. Washington, Suite 1611
Chicago, IL 60602
Phone: (312) 676-2100